IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDOLPH LOUIS WILLIS, JR.,

    Plaintiff,                   No. CIV S-05-1200 FCD GGH P

    vs.

TOM L. CAREY, et al.,

    Defendants.             <u>ORDER</u>

_____/

        By order filed on December 7, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff filed a "motion for discovery" on July 8, 2005 that is both unsupported and premature. The motion will be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 8, 2005 "motion for discovery" is denied as premature.

DATED: 12/21/05                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
will1200.dny

1